**Order filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00561-CV

_____

## IN THE INTEREST OF V.D.A., a Child

On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2013-04440J

## ORDER

This is an accelerated appeal from a judgment signed June 25, 2014, in a suit in which the termination of the parent-child relationship is at issue. Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). On July 14, 2014, three volumes of the reporter's record from the trial were filed. Volume 3 contains the exhibits admitted at trial. The court reporter included a notation that Petitioner's Exhibits No. 1-4 were admitted during a hearing on a previous motion for continuance. On September 12, 2014, appellant,

W.J., the father, filed his brief. In his brief, W.J. complains that requested portions of the record were not filed. Because the record appears to be incomplete, we issue the following order:

We order **Cara Skinner**, the official court reporter, to file the supplemental reporter's record in this appeal on or before **December 5, 2014.** The supplemental reporter's record shall contain the following:

1. The record from the hearing on the pre-trial motion for continuance during which Petitioner's Exhibits 1-4 were admitted;

2. Petitioner's Exhibits 1-4;

3. The record from the pre-trial hearing on W.J.'s special exceptions;

4. The record from the Permanency Hearing held March 3, 2014;

5. The record from the Permanency Hearing held June 9, 2014;

6. A record of the hearing, if any, on W.J.'s motion for new trial.

If Cara Skinner does not timely file the supplemental record as ordered, the court may issue an order requiring her to appear at a hearing to show cause why the supplemental record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered.

If any requested record was not reported, the court reporter shall file a certified statement that no record was taken of the requested proceeding and file the statement with this court by the due date for the supplemental record.

PER CURIAM